STEPHEN H. TURNER, SB# 89627
    E-Mail: turner@lbbslaw.com
LINDSAY O'HAIR, SB# 258130
    E-Mail: ohair@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

JS - 6

Attorneys for America's Servicing Company and Deutsche Bank National Trust Company As Trustee For HASCO 2007/NC1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO GARCIA; ALICIA QUINTANA,<br><br>              Plaintiffs,<br><br>       v.<br><br>AMERICA'S SERVICING COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HASCO 2007/NC1, and DOES 1 to 50,<br><br>              Defendants. | CASE NO. SACV09-491 JVS (MLGx)<br>The Hon. James V. Selna<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE BASED UPON PARTIES' STIPULATION |

Based on the parties stipulation filed concurrently herewith, this Court hereby orders Plaintiffs Ignacio Garcia and Alicia Quintana's Complaint against America's Servicing Company and Deutsche Bank National Trust Company As Trustee For HASCO 2007 to be and herewith is dismissed WITHOUT prejudice.

DATED: July 27, 2009          BY:_____
                                                              DISTRICT COURT JUDGE



4838-0131-7636.1

-1-

[PROPOSED] ORDER